UNITED STATES of America,
Plaintiff–Appellee,

v.

Gary Wayne ALLMAN, Defendant–
Appellant.

No. 05–15629
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 13, 2006.

Peter J. Madden, Madden & Soto, Mobile, AL, for Defendant–Appellant.

Richard H. Loftin, Mobile, AL, for Plaintiff–Appellee.

Before MARCUS, WILSON and COX,
Circuit Judges.

PER CURIAM:

Peter J. Madden, appointed counsel for Gary Wayne Allman in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Allman's conviction and sentence are **AFFIRMED.**